UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEN WEI, | No. C 06-3079 JL |
| Plaintiff, | **ORDER** |
| v. | |
| CITIZENSHIP AND IMMIGRATION SERVICES, ET AL., | |
| Defendants. | |

The Court received Plaintiff's Application for a Naturalization Hearing and Defendants' Answer. Both parties consented to the jurisdiction of this Court as provided by 28 U.S.C. §636(c) and Civil Local Rule 73. It is hereby ordered that within 60 days of the e-filing of this Order, Defendants file a dispositive motion, noticed for hearing at least thirty-five days after filing. Briefing shall be on the normal schedule as provided by the Civil Local Rules and the Federal Rules of Civil procedure.

IT IS SO ORDERED.

DATED: July 18, 2006

_____
James Larson
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\06-3079\ord-file.wpd        1