```
 1  KEVIN V. RYAN, CSBN 118321
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-7124
       FAX: (415) 436-7169
 7
    Attorneys for Defendant
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WEN WEI, | ) |
| Plaintiff, | ) No. C 06-3079 JL |
| v. | ) |
| CITIZEN AND IMMIGRATION SERVICES, | ) **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |
| Defendant. | ) |

Defendant, by and through their attorneys of record, affirm to this court that Defendant is prepared to grant Plaintiff's application for naturalization and schedule Plaintiff for an oath ceremony within 7 days of dismissal of this action. Plaintiff, by and through her attorney of record in reliance on Defendant's said affirmation, and Defendant, by and through their attorneys of record, ask that this Court vacate its July 18, 2006 Order directing Defendant to file a dispositive motion by September 18, 2006, and hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice.

Each of the parties shall bear their own costs and fees.

///

///

///

Stip. to Dismiss
C06-3079 JL

Dated: September 12, 2006

/s/
ILA C. DEISS
Attorney for Defendants

Dated: September 12, 2006

/s/
ROBERT P. GAFFNEY
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: September 13, 2006

*IT IS SO ORDERED*
*Judge James Larson*
(United States District Court, Northern District of California seal)

Stip. to Dismiss
C06-3079 JL                                  2